**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **G7 Venice, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0994418** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1239 Abbot Kinney Blvd**<br>**Venice, CA 90291** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | G7 Venice, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **G7 Venice, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | **See attached.** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

## ATTACHMENT TO VOLUNTARY PETITION

#10

Debtor: Greenleaf 2 CPE, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor: Greenleaf 4 SOCO, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor    **G7 Venice, LLC**
Name

Case number (if known)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 13, 2025**
                MM / DD / YYYY

X _____          **Jonathan Rollo**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

X    /s/ David B. Golubchik                    Date  **February 13, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address

**185520 CA**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | G7 Venice, LLC |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1237 AKSS LLC 13721 Ventura Blvd 2nd Floor Sherman Oaks, CA 91423** | | | | | | $13,979.00 |
| **ALISON SERVICE COMPANY PO BOX 402992 Hesperia, CA 92340** | | | | | | $2,224.14 |
| **Butler Chemicals 3070 E CEENA CT Anaheim, CA 92806** | | | | | | $3,107.62 |
| **Canteen Refreshment Services PO BOX 50196 Los Angeles, CA 90074-0196** | | | | | | $3,405.90 |
| **CDTFA P.O. Box 942879 Sacramento, CA 94279** | | | | | | $133,973.56 |
| **Chefs Warehouse PO BOX 601154 Pasadena, CA 91189** | | | | | | $293,917.31 |
| **Cintas P.O. BOX 29059 Phoenix, AZ 85038** | | | | | | $7,394.75 |
| **City Of LA - Office of Finance PO BOX 53233 Los Angeles, CA 90053-0233** | | | | | | $6,326.90 |

| Debtor | **G7 Venice, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CITY OF LA DEPT OF PUBLIC WORKS 2714 Media Center Drive Los Angeles, CA 90065** | | | | | | **$1,376.58** |
| **Cozzini Bros 8430 W Bryn Mawr Ave Chicago, IL 60631** | | | | | | **$3,234.00** |
| **Eversoft PO BOX 92769 Long Beach, CA 90809** | | | | | | **$5,231.65** |
| **Harbor Distributing, LLC PO BOX 842685 Los Angeles, CA 90084-2685** | | | | | | **$1,984.50** |
| **Music Styling Venture Way Dunston Tech Park Chesterfield, Derbyshire, S41 8NE UNITED KINGDOM** | | | | | | **$3,792.00** |
| **Natures Produce 3305 Bandini Blvd Vernon, CA 90058** | | | | | | **$9,703.55** |
| **Premier Patio Heating PO Box 6470 Oceanside, CA 92052** | | | | | | **$7,411.24** |
| **Republic National Distributing Company PO BOX 743564 Los Angeles, CA 90074** | | | | | | **$3,579.26** |
| **Rockenwagner Bakery 5462 W ADAMS BLVD Los Angeles, CA 90016** | | | | | | **$5,587.14** |
| **SBA EIDL LOAN 14925 Kingsport Rd Forth Worth, TX 76155** | | | | | | **$2,000,000.00** |

Debtor    **G7 Venice, LLC**                                             Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tradecraft Outfitters PO Box 50196 Los Angeles, CA 90074** | | | | | | $17,899.83 |
| **West Coast Prime Meats P.O. BOX 102189 Pasadena, CA 91189** | | | | | | $17,735.77 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 185520 CA | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

UNITE̶̶̶̶ ̶̶̶̶ ̶BANKRUPTCY COURT<br>CEN̶̶ ̶̶̶̶̶CT OF CALIFORNIA

| In re:<br><br>    **G7 Venice, LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br><br>                                      Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 13, 2025** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

G7 Venice, LLC
1239 Abbot Kinney Blvd
Venice, CA 90291


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


1237 AKSS LLC
13721 Ventura Blvd
2nd Floor
Sherman Oaks, CA 91423


ALISON SERVICE COMPANY
PO BOX 402992
Hesperia, CA 92340


BAKER COMMODITIES INC.
4020 Bandini Blvd
Vernon, CA 90058


BG Bev Co.
5969 Overhill Dr
Los Angeles, CA 90043


Butler Chemicals
3070 E CEENA CT
Anaheim, CA 92806


Canteen Refreshment Services
PO BOX 50196
Los Angeles, CA 90074-0196

```
CDTFA
P.O. Box 942879
Sacramento, CA 94279


Chefs Warehouse
PO BOX 601154
Pasadena, CA 91189


Cintas
P.O. BOX 29059
Phoenix, AZ 85038


City Of LA - Office of Finance
PO BOX 53233
Los Angeles, CA 90053-0233


CITY OF LA DEPT OF PUBLIC WORKS
2714 Media Center Drive
Los Angeles, CA 90065


Cozzini Bros
8430 W Bryn Mawr Ave
Chicago, IL 60631


DeliverThat
5757 mayfair rd
North Canton, OH 44720


Dlivrd
300 Welsh Rd
Horsham, PA 19044
```

Eversoft
PO BOX 92769
Long Beach, CA 90809


Harbor Distributing, LLC
PO BOX 842685
Los Angeles, CA 90084-2685


LA County Tax Collector
P.O Box 54027
Los Angeles, CA 90054


Music Styling
Venture Way
Dunston Tech Park
Chesterfield, Derbyshire, S41 8NE
UNITED KINGDOM


Natures Produce
3305 Bandini Blvd
Vernon, CA 90058


PACIFIC COAST PROPANE LLC
PO BOX 9087
Ontario, CA 91762


Premier Patio Heating
PO Box 6470
Oceanside, CA 92052


Regency Enterprises, Inc
PO BOX 8576
Pasadena, CA 91109

Republic National Distributing Company
PO BOX 743564
Los Angeles, CA 90074


Rockenwagner Bakery
5462 W ADAMS BLVD
Los Angeles, CA 90016


S.O.S FIRE SERVICE INC.
PO BOX 571343
Tarzana, CA 91357


SBA EIDL LOAN
14925 Kingsport Rd
Forth Worth, TX 76155


Tavern Services
18228 Parthenia St
Northbridge, CA 91325


The Grease Company
4020 Bandini Blvd
Vernon, CA 90058


Tradecraft Outfitters
PO Box 50196
Los Angeles, CA 90074


West Coast Prime Meats
P.O. BOX 102189
Pasadena, CA 91189

```
Youngs Market Company / RNDC
PO BOX 743564
Los Angeles, CA 90074-3564
```

**RESOLUTIONS OF GRM HOLDINGS, LLC**
**AUTHORIZING FILING OF PETITION UNDER**
<u>**CHAPTER 11 OF THE BANKRUPTCY CODE**</u>

I, Jonathan Rollo, hereby certify as follows:

I am the Managing Member of GRM Holdings, LLC ("GRM"), the parent company for G7 Venice, LLC, a California limited liability company (the "Company"). GRM, by and through its Managing Member, has enacted the following resolutions as of the date hereof:

> **RESOLVED**, that a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") shall be filed by the Company on February 13, 2025 or the first possible date thereafter as determined by the Designated Officer (defined below) upon the advice of counsel;

> **FURTHER RESOLVED,** that the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as bankruptcy counsel for the Company for purposes of filing the Chapter 11 bankruptcy case and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Jonathan Rollo, shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that as the Designated Officer, Jonathan Rollo, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case; and

> **FURTHER RESOLVED**, that as the Designated Officer, Jonathan Rollo, is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which

the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case.

Dated: February 13, 2025

**GRM HOLDINGS, LLC**

By: Jonathan Rollo
Its: Managing Member